# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1691
_____

JEFFREY LANCE HILL, SR.,

   Appellant,

   v.

SUWANNEE RIVER WATER
MANAGEMENT DISTRICT,

   Appellee.

_____

On appeal from the Circuit Court for Columbia County.
William F. Williams, Judge.

February 14, 2018

PER CURIAM.

   AFFIRMED.

ROBERTS, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jeffrey Lance Hill, Sr., pro se, Appellant.

Leonard J. Dietzen, III, and Brian L. Hayden of Rumberger, Kirk & Caldwell, P.A., Tallahassee; David C. Willis, and Chase E. Hattaway of Rumberger, Kirk & Caldwell, P.A., Orlando, for Appellee.